144 A.3d 706

YUAN

v.

JOHNS HOPKINS UNIV.

Pet. Docket No. 195, Sept. Term, 2016

Court of Appeals of Maryland.

August 19, 2016

Petition for writ of certiorari granted.

■

144 A.3d 706

ABBASOV & ABBASOV

v.

DAHIYA

Pet. Docket No. 201, Sept. Term, 2016

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.